**Order entered August 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01052-CR

## RONALD TERRELL FLOYD, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-11185-M**

## ORDER

On June 26, 2014, appellate counsel filed a motion to withdraw and an *Anders* brief in support of the motion to withdraw. In the motion, counsel states that he could not serve appellant with a copy of the motion and brief because appellant had made parole and counsel did not know appellant's current address. By letter dated July 1, 2014, the Court notified counsel that his statement that he could not locate appellant did not satisfy the requirements of either *Anders v. California*, or the recent statement by the Texas Court of Criminal Appeals of the requirements of appellate counsel in *Anders* cases. *See Kelly v. State*, 2014 WL 2865901 (Tex. Crim. App. June 25, 2014). We directed counsel to file, within fifteen days, an amended motion to withdraw that includes appellant's contact information and a copy of the letter sent to appellant notifying him of his rights under *Anders* and *Kelly*. We warned that failure to do so

may result in the Court striking the *Anders* brief and ordering rebriefing. To date, counsel has not complied.

Accordingly, we **DENY** the June 26, 2014 motion to withdraw as counsel and **STRIKE** the *Anders* brief filed on June 26, 2014.

We **ORDER** appellate counsel to file, within **THIRTY DAYS** of the date of this order, either a brief raising issues on the merits or a brief and motion to withdraw that comply with the requirements of *Anders* and *Kelly*.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to George Conkey and the Dallas County District Attorney's Office.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE